IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:24CR100-1 |
| | : | |
| WILLIAM RAY HARTSELL | : | |

FACTUAL BASIS FOR A GUILTY PLEA

NOW COMES the United States of America, by Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, through the undersigned Assistant United States Attorney, and as a factual basis under Rule 11 of the Federal Rules of Criminal Procedure, states as follows:

*Undercover Investigation*

On July 25, 2023, Detective Hargrove of the Liberty Police Department ("LPD") and Homeland Security Investigations ("HSI") Task Force Officer ("TFO"), began an undercover investigation ("UC") into child exploitation via the internet. An advertisement was placed on a known website where offenders will both post and respond to advertisements for the sexual exploitation of minors both in person and via internet communications.

An advertisement was placed using the website for the vague information of a mother and a plus 1, later purporting to be a 9-year daughter. Once an advertisement is placed, emails take place between the parties posting

and responding to the advertisement. The website generates the initial response and then a conversation, if any, occurs over email. On July 31, 2023, someone using email account kreampieqwerty6@gmail.com, later identified as William Ray Hartsell ("Hartsell"), replied to the advertisement.

## *Hartsell Distributes Child Pornography During Undercover Emails*

The conversations then continued through email on August 2, 2023 through August 3, 2023. During the conversation, Hartsell discussed sexual acts he would like to commit with the alleged nine-year old daughter. He indicated that he would "Love to creampie n eat her out" and indicated that he had "been with her age before." During the conversation Hartsell sent the following files of child pornography:

| File Name and Description | Date and Time Sent |
|---|---|
| 1. File Name: IMG_1363.MOV. Description: This video is approximately one minute long and depicts a prepubescent minor female, approximately four to eight years old, naked, spreading her genitals (focused directly and sexual in nature), when a male voice asks for her to sit on top of him. What appears to be an adult male penis is exposed. | 2023-08-02 17:39:44 |
| 2. File Name: trim.CAC1126B-45F6-476A-A4A5-FBF752F66403.MOV. Description: This video is approximately 39 seconds long and depicts a pubescent minor female, approximately eleven to fourteen | 2023-08-02 17:40:14 |

2

years old, inserting a toothbrush into her anus in a sexual manner.

| | | |
|---|---|---|
| 3. | File Name: trim.89217F78-E779-4CBA-A430-F3C79E9B5B11.MOV.<br>Description: This video is approximately 42 seconds long and depicts a pubescent female, approximately eleven to fourteen years old, naked except with a hand in her undergarments, masturbating. | 2023-08-02 17:40:31 |
| 4. | File Name: trim.C47C2772-4304-4E3C-A114-DEDDFF5B5AB0.MOV.<br>Description: This video is approximately 45 seconds long and depicts a pubescent minor female, approximately eleven to fourteen years old, stripping naked, in a sexual manner. | 2023-08-02 17:41:09 |
| 5. | File Name: 2DF0E0F9-DE4C-4A19-A359-5F7C0F654195.jpeg.<br>Description: This file depicts a prepubescent minor female, approximately four to eight years old, lying on a bed, naked, sexually posed, with a white fluid that appears to be semen on her chest and face. | 2023-08-02 17:43:35 |

In between sending the files of child pornography, Hartsell also requested "nudes" of the two. During the conversation Hartsell asks, "Think she can take it?" He then sends a picture of what appears to be an adult penis as well as the following image depicting Hartsell:

3



The conversation continues and the two discuss meeting up so that Hartsell can engage in sexual conduct with the nine-year-old. Hargrove provides the specific name of a street in Asheboro, North Carolina as the meetup location. Ultimately, Hartsell does not show up.

On August 2, 2023, a search of the North Carolina Department of Adult Corrections ("NCDAC") was performed, and a matching suspect named William Ray Hartsell of Charlotte, North Carolina was located. His picture was confirmed through his probation officer as the same person in the picture sent via email at the same time as the picture of an adult male penis.

4

*State Search Warrant of Hartsell's Residence*

On August 4, 2023, Det. Hargrove and other law enforcement officers went to Hartsell's address in Charlotte with arrest warrants for his person and executed a state search warrant for his residence, person, vehicle and electronic devices. Hartsell, his mother, his wife, and his infant daughter were at the residence. A search of the residence and vehicles resulted in computers, cellular phones, USB drives, and other electronic devices being seized, including Hartsell's iPhone.

*Digital Forensics*

A download of Hartsell's iPhone revealed that he had searched the UC email, Jessicasteins99@gmail.com, during the operation. Additionally, he searched for the road given to him as the place to meet up to engage in sexual activity with the purported minor. The pictures he sent of himself to the UC account, as well as at least one file depicting child pornography he sent, were also located on the device.

*Search of kreampieqwerty6@gmail.com*

On January 3, 2024, a federal warrant was issued authorizing the search of the kreampieqwerty6@gmail.com account used to distribute the child pornography to the UC. Located in the returns were the emails to and from the UC email account, including the child pornography sent. Det. Hargrove also

5

located at least two other email addresses the kreampieqwerty6@gmail.com account distributed child pornography to. Communication between these accounts as well as others indicated that the user of the kreampieqwerty6@gmail.com wanted to meet with other minors to engage in sexual activity. Additionally, Det. Hargrove located an email with another individual where Hartsell admitted to sexually abusing his ex-girlfriend's six- to seven-year-old niece. He indicated it occurred over a period of time.

Information provided regarding Internet Protocol ("IP") addresses used by the kreampieqwerty6@gmail.com linked the account to Hartsell. For example, the Google account was created on January 5, 2023 using an IP that resolved back to a Charter internet provider account in the name of Hartsell's wife. Further, on August 2, 2023, the kreampieqwerty6@gmail.com account was accessed using an IP address which showed to be an AT&T U-Verse internet account registered to a woman at a specified phone number. This phone number was in Hartsell's phone contacts. Communications between Hartsell and the contact indicated that the contact was related to Hartsell's wife, likely her mother. The contact refers to Hartsell as "son." Lastly, IP

addresses used by the account on August 1, 2023 and August 3, 2023, were registered to Hartsell's mother at his Charlotte address.

This the 18th day of July, 2024.

        Respectfully submitted,

        SANDRA J. HAIRSTON
        United States Attorney

        /S/ K. P. KENNEDY GATES
        Assistant United States Attorney
        NCSB No. 41259
        United States Attorney's Office
        Middle District of North Carolina
        101 S. Edgeworth St., 4th Floor
        Greensboro, NC 27401
        336/333-5351

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:24CR100-1 |
| | : | |
| WILLIAM RAY HARTSELL | : | |

CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Ira R. Knight, Esq.

                        SANDRA J. HAIRSTON
                        United States Attorney


                        /S/ K. P. KENNEDY GATES
                        Assistant United States Attorney
                        NCSB No. 41259
                        United States Attorney's Office
                        Middle District of North Carolina
                        101 S. Edgeworth St., 4th Floor
                        Greensboro, NC 27401
                        336/333-5351